**Honorable Jamal N Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUSEY FAMILY, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY, a foreign corporation,<br><br>       Defendant. | No. 2:25-cv-00159-JNW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING EXPERT DEADLINES**<br><br>**NOTE FOR CONSIDERATION:<br>JULY 7, 2025** |

The parties in the matter stipulate and agree to move the Court for an Order continuing the expert disclosure deadline for approximately six weeks to obtain additional information in discovery and to obtain expert opinions, for good cause shown. The parties have exchanged initial disclosures and they are proceeding with diligence to schedule and complete discovery depositions, in order to provide a fuller record of discovery in connection with any expert reports that are to be submitted pursuant to Fed. R. Civ. P. 26(a)(2).

The parties have not requested to alter any deadlines previously, and the proposed amendments do not require moving the trial date. Therefore, the parties respectfully move this Court for and propose the following pre-trial deadlines:

///

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING
EXPERT DEADLINES – 1
Case No.:  2:25-cv-00159-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | July 7, 2025 | August 18, 2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | Within 30 days after the other party's expert disclosure | Within 14 days after the other party's expert disclosure |

All other deadlines shall remain as identified in Dkt. No. 12.

RESPECTFULLY SUBMITTED this 7th day of July, 2025.

FORSBERG & UMLAUF, P.S.

*s/ Michael D. Handler*
Michael D. Handler, WSBA #25654
Daniel L. Syhre, WSBA # 34158
401 Union Street, Suite 1400
Seattle, WA 98101
Tel. 206-689-8500
mhandler@foum.law
dsyhre@foum.law
*Attorneys for Defendant*

and

BEST LAW, PLLC

*s/ Ryan M. Best*
Ryan M. Best, WSBA #33672
905 W. Riverside Ave., Suite 409
Spokane, WA 99201
Tel. 509-624-4422
ryan.best@bestlawspokane.com
*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING EXPERT DEADLINES – 2
Case No.: 2:25-cv-00159-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

Pursuant to the foregoing stipulation of the parties, the Court directs the Clerk to enter a minute order ~~reflecting,~~ reflecting the amended deadline for expert disclosures on August 18, 2025, with rebuttals to follow within 14 days or by September 8, 2025. All other deadlines will remain as ordered.

IT IS SO ORDERED.

Dated this <u>14th</u> day of <u>  July  </u>, 2025.

                                               _____
THE HONORABLE Jamal N. Whitehead
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING EXPERT DEADLINES – 3
Case No.: 2:25-cv-00159-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX